UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CV-22809-RAR

DIEUJUSTE JEAN JORDANY,

    Petitioner,

v.

KROME NORTH SERVICE
PROCESSING CENTER, *Warden*,

    Respondent.

_____/

## ORDER STRIKING EMERGENCY MOTION

**THIS CAUSE** comes before the Court on Petitioner's Emergency Motion Regarding Ongoing Medical Condition ("Emergency Motion"), [ECF No. 17], filed on June 16, 2026.  In the Emergency Motion, Petitioner requests that "the Court consider his documented medical condition when evaluating his continued detention and grant such appropriate relief as the Court deems just and proper."  Emergency Mot. at 1.

Pursuant to Local Rule 7.1(d)(1), a party filing an emergency motion must certify that the motion "in fact presents a true emergency" and "requires an immediate ruling because the Court would not be able to provide meaningful relief . . . after the expiration of seven days."  S.D. FLA. L.R. 7.1(d)(1).  Petitioner, however, does not certify in the Emergency Motion that the matter is a true emergency and has therefore failed to comply with Local Rule 7.1(d).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Petitioner's Emergency Motion, [ECF No. 17], is **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 17th day of June, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:      Dieujuste Jean Jordany
           A# 244-638-536
           Krome North Service Processing Center
           Inmate Mail/Parcels
           18201 SW 12th Street
           Miami, FL 33194
           PRO SE